IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-56-D

| | |
|---|---|
| JOHN D. MCCALLISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIM MALFITANO, and ) | |
| STEVEN A. SELOGY, ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in defendants' memorandum in support of their motions to dismiss [D.E. 14], the court GRANTS defendants' motions to dismiss [D.E. 12, 13]. The court DISMISSES plaintiff's complaint with prejudice. The court DENIES defendants' requests for attorneys' fees.

SO ORDERED. This 15 day of July 2021.

JAMES C. DEVER III
United States District Judge